# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE AND BRYSON CITY DIVISIONS

| | |
|---|---|
| IN RE: ) | Civil Case Nos. 1:11-cv-00179; |
| ) | 2:12-cv-00035; 2:12-cv-00036; |
| WELLS FARGO BANK, N.A. ) | 2:12-cv-00037; 2:12-cv-00038; |
| RIVER ROCK CASES. ) | 2:12-cv-00039; 2:12-cv-00040; |
| ) | 2:12-cv-00041; 2:12-cv-00042; |
| ) | 2:12-cv-00043; 2:12-cv-00044; |
| ) | 2:12-cv-00045; 2:12-cv-00046; |
| ) | 2:12-cv-00047; 2:12-cv-00048; |
| ) | 2:12-cv-00049; 2:12-cv-00050; |
| ) | 2:12-cv-00051; 2:12-cv-00052; |
| ) | 2:12-cv-00053; 2:12-cv-00054; |
| ) | 2:12-cv-00056; 2:12-cv-00057; |
| ) | 2:12-cv-00058; 2:12-cv-00059; |
| ) | 2:12-cv-00060; 2:12-cv-00061 |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' request for hearing or, in the alternative, to file a response to the Plaintiffs' supplemental authority.

The Defendants Wells Fargo and Andrea Murphy request that the Court convene a consolidated hearing on the pending motions to dismiss or, in the alternative, that the parties be permitted to submit supplemental briefing to address the applicability of the supplemental authority submitted by the Plaintiffs.

Plaintiffs, however, only provided citations to the supplemental authority, and did not present any independent argument. Therefore, Defendant's' request to be allowed independent argument is not warranted. In its discretion, the Court denies the Defendants' request.

**IT IS, THEREFORE, ORDERED** that the Defendants' request for hearing or, in the alternative, to file a response to the Plaintiffs' supplemental authority is **DENIED**.

**IT IS SO ORDERED.**

Signed: June 10, 2013

Martin Reidinger
United States District Judge