THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-cv-000051-MR

| | |
|---|---|
| PAMELA M. RATCLIFFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WELLS FARGO BANK, N.A. and ) | |
| ANDREA MURPHY, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion for Voluntary Dismissal of Andrea Murphy [Doc. 50].

Upon review of the Plaintiff's Motion,

**IT IS, THEREFORE ORDERED** that the Plaintiff's Motion [Doc. 50] is **GRANTED**, and the Plaintiff's claims against the Defendant Andrea Murphy are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge